**Order entered September 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00964-CV

## VISHAL C. PATEL, M.D., Appellant

### V.

## SPINE PHYSICIANS INSTITUTE, PLLC, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01357**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Before the Court is appellant's September 2, 2016 motion for reconsideration of the Court's September 1, 2016 denial of appellant's motion to stay temporary injunction pending interlocutory appeal and, alternatively, Rule 24.4 motion for review of the trial court's denial of security. We **DENY** the motion for reconsideration and **DENY** appellant's Rule 24.4 motion requesting this Court to issue temporary orders or to set security.

/s/    ELIZABETH LANG-MIERS
JUSTICE

1